# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00141-01-CR-W-DGK |
| | ) | |
| DIONANDRE GANTER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 20, 2017, the Grand Jury returned a two-count Indictment charging that on or about March 22, 2017, in the Western District of Missouri, the Defendant, Dionandre Ganter, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly receive and possess a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
     Government: Jeffrey Quinn McCarther and Sean Foley
         Case Agent: Kansas City Police Detective Frank Rorabaugh
   Defense: Lisa G. Nouri
         Investigator:  Mark Reeder


**OUTSTANDING MOTIONS**:

| 03/31/2019 | view47 | (Ex Parte) EX PARTE MOTION for *funds* by Dionandre Ganter. Suggestions in opposition/response due by 4/15/2019 unless otherwise directed by the court. (Nouri, Lisa) (Entered: 03/31/2019) |
|---|---|---|

| 04/15/2019 | view56 | (Ex Parte) EX PARTE MOTION for *services* by Dionandre Ganter. Suggestions in opposition/response |
|---|---|---|

| | | due by 4/29/2019 unless otherwise directed by the court. (Nouri, Lisa) (Entered: 04/15/2019) |
|---|---|---|

**TRIAL WITNESSES**:
    Government:  6 with stipulations; 7 without stipulations
    Defendants:   0 witness, not including the Defendant

**TRIAL EXHIBITS**
    Government:  approximately 22 exhibits
    Defendant:    no more than 4-5 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
    Government's case including jury selection: 1.5 day(s)
    Defense case: 0.5 day(s)

**STIPULATIONS**: Proposed stipulations as to interstate nexus and prior convictions and pending felony charges.

**UNUSUAL QUESTIONS OF LAW:** no unusual questions of law

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: **Updated list due on or before April 23, 2019.**
            Proposed Exhibit List filed 4/15/2019 (Doc. #57)
            Proposed Witness List filed 4/15/2019 (Doc. #58)
        Defense: **Updated list due on or before April 23, 2019.**
            Proposed Witness List filed 4/15/2019 (Doc. #59)

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Due by noon, Wednesday, May 1, 2019.**
        Government's Proposed Jury Instructions & Proposed Voir Dire filed April 10, 2019 (Doc. ##51 & 54)

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** There may be motions in limine filed. **Motions in Limine due on or before May 1, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for May 6, 2019.

    **Please note:** The parties request the first week of the docket. The Government may have a trial on the second week.

**IT IS SO ORDERED.**

    */s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE